STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Patricia A. Bonton
In Proper Person
P. O. Box 12372
Alexandria LA 71315

**REHEARING ACTION: August 6, 2014**

**Docket Number: 14   00034-CA**

**PATRICIA A. BONTON**
**VERSUS**
**LOUISIANA WORKFORCE COMMISSION, ET AL.**

**Appealed from Rapides Parish Case No. 247,372**

**BEFORE JUDGES:**

> **Hon. Sylvia R. Cooks**
> **Hon. Marc T. Amy**
> **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the

**"Application for a Repetitive Application for a Rehearing"** filed by **Patricia A.**

**Bonton** has this day been

> **NOT CONSIDERED – REPETITIVE PLEADING.**

cc: J. Jerome Burden, Counsel for the Appellee
    Daniel G. Brenner, Counsel for the Appellee